UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DANIEL REYES,

               Plaintiff,

  v.

EXPRESS SCRIPTS COMMUNITY HEALTH PLAN OF WASHINGTON et al.,

               Defendant.

Case No. C21-1440-RAJ

ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS*

      Plaintiff applied to proceed *in forma pauperis* (IFP). Dkt. 3. Because Plaintiff does not appear to have funds available to afford the $402.00 filing fee, he financially qualifies for IFP status under 28 U.S.C. § 1915(a)(1). Therefore, Plaintiff's IFP application, Dkt. 3, is GRANTED. However, the undersigned recommends review under 28 U.S.C. § 1915(e)(2)(B). The Clerk is directed to send copies of this order to the parties and to the Honorable Richard A. Jones.

      Dated this 1st day of November, 2021.

S. KATE VAUGHAN
United States Magistrate Judge

ORDER GRANTING APPLICATION TO
PROCEED IN FORMA PAUPERIS - 1